**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Arnold James BEGAY, Defendant-**
**Appellant.**

**No. 16-10315**

United States Court of Appeals,
Ninth Circuit.

Submitted August 9, 2017 *

Filed August 14, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Arnold James Begay, Pro Se

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Arnold James Begay appeals from the revocation of supervised release and the 47-month sentence imposed upon revocation. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Begay's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. Begay has filed a pro se supplemental brief. No answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**.

**AFFIRMED.**

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.